MEMORANDUM OPINION



No. 04-04-00616-CV



COUNTY OF STARR, et al.,


Appellants



v.



Noel GONZALEZ,


Appellee



From the 229th Judicial District Court, Starr County, Texas


Trial Court No. 7755


Honorable Alex W. Gabert, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Paul W. Green, Justice


Delivered and Filed: October 20, 2004


DISMISSED

 Appellants have filed a motion to dismiss this appeal. The motion contains a certificate of
service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss
the appeal. See Tex. R. App. P. 42.1(a)(2). Costs of the appeal are taxed against appellants.

 PER CURIAM